**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAULO LEBRON, | Civil Action No. |
| **Plaintiff,** | |
| **v.** | |
| WALI ZAR KHAN HAZRAD MOHAMMAD, WALI ZAR KHAN HAZRAT MOHAMMAD, AMAZON LOGISTICS, INC., AMERICAN TIGERS LOGISTICS, L.L.C., JOHN DOE 1-3 AND JOHN DOE CORPORATION 1-3 | |
| **Defendants.** | |

<u>**NOTICE OF REMOVAL OF DEFENDANTS**</u>
<u>**WALI ZAR KHAN HAZRAT MOHAMMAD (INCORRECTLY IDENTIFIED AS WALI**</u>
<u>**ZAR KHAN HAZRAD MOHAMMAD), WALI ZAR KHAN HAZRAD MOHAMMAD,**</u>
<u>**AND AMERICAN TIGERS LOGISTICS, LLC**</u>

Defendants, Wali Zar Khan Hazrat Mohammad (incorrectly identified as Wali Zar Khan Hazrad Mohammad, Wali Zar Khan Hazrad Mohammad (incorrectly designated) and American Tigers Logistics, by and through their undersigned counsel, Wood Smith Henning & Berman, LLP, and pursuant to 28 U.S.C. §§1441 and 1332, hereby remove the action captioned *Saulo Lebron v. Wali Zar Khan Hazrad Mohammad, Wali Zar Khan Hazrat Mohammad, Amazon Logistics, Inc. and American Tigers Logistics, L.L.C.*, pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, December Term 2025, No. 02497, to the United States District Court for the Eastern District of Pennsylvania, based on the following grounds:

1.    On or about December 18, 2025, Plaintiff, Saulo Lebron, filed this motor vehicle accident action in the Philadelphia County Court of Common Pleas. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

2.      Upon information and belief, Defendant American Tigers Logistics was served on December 22, 2025 and Defendant Wali Zar Khan Hazrat Mohammad was served on January 20, 2026.  No Affidavits of Service evidencing service on any of the Defendants have been filed, to date.

3.      Plaintiff resides at 1240 Walnut Street, Allentown, PA 18102. *See* **Exhibit A** at ¶ 1.

4.      In his Complaint, Plaintiff names the following Defendants and makes the following allegations regarding their residency:

    a.      *American Tigers Logistics, LLC:* Plaintiff alleges that American Tigers Logistics, LLC is a business entity licensed to transact business in the Commonwealth of Pennsylvania with a principal place of business at 6371 Scotchwood Drive, Katy, TX 77449.

    b.      *Wali Zar Khan Hazrat Mohammad (incorrectly identified as Wali Zar Khan Hazrad Mohammad):* Plaintiff alleges that Wali Zar Khan Hazrat Mohammad is an adult individual and citizen of the Commonwealth of Pennsylvania[1], residing 112 Hallock Avenue, New Haven, CT 06516 and/or 639 Howard Avenue, Apartment 3, New Haven, CT 06519.

    c.      *Amazon Logistics, Inc.:* Plaintiff alleges that Amazon Logistics, Inc. is a business entity licensed to transact business in the Commonwealth of Pennsylvania, with a principal place of business at 410 Terry Avenue, North Seattle, WA 98109.

5.      This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed on the petition of the defendants to this District Court pursuant to 28 U.S.C. §§ 1441 and 1446.

6.      In his Complaint, Plaintiff alleges that he sustained multiple injuries, including but not limits to neck injuries, back injuries, head injuries, physical pain, emotional anguish, and a severe shock to his entire nervous system and other secondary problems and complications, the

---

[1] Plaintiff alleges that Defendant Mohammad is a citizen of Pennsylvania, perhaps mistakenly, however, Defendant Mohammad's addresses as alleged in the Complaint are located in Connecticut.

full extend of which are not yet known. As such, the amount in controversy based on Plaintiff's allegations would appear to exceed the jurisdictional limit of $75,000.00.

7.    The Action is a civil action of which this Court has diversity jurisdiction under 28 U.S.C. § 1332(a) as all parties are citizens of different states and the amount in controversy based on Plaintiff's alleged injuries exceeds $75,000.00.

8.    The Eastern District of Pennsylvania embraces Philadelphia County, where the current action is pending in the Court of Common Pleas of Philadelphia County in the Commonwealth of Pennsylvania.

9.    This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) as it was filed less than thirty (30) days from December 22, 2022, which is, upon information and belief, the date on which the Defendants American Tigers Logistics, LLC and Mohammad were served via certified mail. No previous Notice of Removal has been filed or made to this Court for the relief sought herein.

10.    Accordingly, this lawsuit is properly removable from the Pennsylvania state court to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1332(a)(1), 1441(a), and 1446(b).

11.    A true and correct copy of this Notice of Removal is being filed with the Prothonotary of Philadelphia County Court of Common Pleas, as provided by 28 U.S.C. § 1446(d).

12.    Written Notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446(d).

13.     No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, stipulations, and motions are hereby reserved to these Defendants.

**WHEREFORE**, Defendants, Wali Zar Khan Hazrat Mohammad and American Tigers Logistics hereby remove the above-captioned action, which is now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

Wood, Smith, Henning & Berman, LLP

*/s/ Sarah Connor*

By:     _____

Sarah E. Connor, Esquire
Lauren E. Vicencio, Esquire
Attorney ID Nos.: 326802/330252
1760 Market Street, Suite 1001
Philadelphia, PA 19103
(215) 709-2250
sconnor@wshblaw.com
lvicencio@wshblaw.com

*Attorneys for Defendants,*
*Wali Zar Khan Hazrat Mohammad (incorrectly*
*identified as Wali Zar Khan Hazrad Mohammad,*
*Wali Zar Khan Hazrad Mohammad (incorrectly*
*designated) and American Tigers Logistics*